# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00793-CV

**K. J. B., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 10-506-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

K.J.B. appeals from the trial court's denial of his petition for expunction of records pertaining to his August 9, 2002 arrest for a felony. Although the State initially opposed the petition and this appeal, the expunction statute was amended during the pendency of this appeal. *See* Act of May 27, 2011, 82d Leg., R.S., ch. 690, § 1, 2011 Tex. Gen. Laws ____ (codified at Tex. Code Crim. Proc. Ann. art. 55.01 (West Supp. 2011)). The amendments apply to expunction of arrest records and files for any criminal offense that occurred before, on, or after September 1, 2011. *Id.* § 7. More than three years have passed since the arrest, and the parties agree that no indictment or information charging appellant with the offense was ever presented and that K.J.B. was not convicted or put under court-ordered community supervision. The State agrees that, under these facts and the statute as amended and applicable to this case, K.J.B. is entitled to expunction of the records pertaining to this arrest. *See* Tex. Code Crim. Proc. Ann. art. 55.01(a) (West Supp. 2011).

Without regard to the merits of the trial court's Order of Denial or the appeal under the law existing at the time the decision was made and the appeal was filed, we conclude and the parties agree that K.J.B. is now entitled to expunction of these records. We reverse the trial court's Order of Denial and remand the cause to the trial court for entry of an order expunging records pertaining to K.J.B.'s arrest on August 9, 2002 consistent with the applicable statute and this opinion.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Reversed and Remanded

Filed: March 1, 2012